IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR 93-0505 MHP |
| Plaintiff, | ) ) | ~~[PROPOSED]~~ ORDER RE: EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) ) | |
| ANTHONY GREGG PAYTON, | ) ) | |
| Defendant. | ) ) | |

    Defendant Anthony Gregg Payton has moved, through counsel, for early termination of supervised release under Section 3583(e)(1) of Title 18 of the United States Code. Mr. Payton has successfully completed over a year of his five year term of supervised release. The supervising Probation Officer does not oppose Mr. Payton's motion for early termination of supervised release.

    Therefore, for good cause shown the Court grants the defendant's motion and

//

//

//

//

//

*Payton*, 93-0505 MHP
ORD. TERMINATING
SUPERVISED RELEASE

terminates Mr. Payton's term of supervised release, effective as of the date of this order.

IT IS SO ORDERED.

April 14, 2008
DATED

MARILYN ...
United ... te
Judge Marilyn H. Patel

*IT IS SO ORDERED* (stamp with signature)